*Nancy Burton,* in support of the petition.

Decided January 9, 2003

DANIEL D'AMICO *v.* DEPARTMENT OF CORRECTION

*Harvey L. Levine,* in support of the petition.

*Douglas L. Drayton,* in opposition.

Decided January 9, 2003

ANDRE RHODES *v.* COMMISSIONER OF
CORRECTION

*Sebastian O. DeSantis,* special public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided January 9, 2003

STATE OF CONNECTICUT *v.* JAMES LATTANZIO

*James Lattanzio,* pro se, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided January 9, 2003

### IN RE VINCENT B.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Renee Bevacqua Bollier,* assistant attorney general, in support of the petition.

*Albert J. Oneto III* and *Thomas F. Mitola,* in opposition.

Decided January 9, 2003

### ROBIN MAGOWAN *v.* CAROL MAGOWAN

*Julia B. Morris,* in support of the petition.

Decided January 9, 2003

### IN RE SALVATORE P. ET AL.

ZARELLA, J., did not participate in the consideration or decision of this petition.